Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
Meng Zhong
Nevada Bar No. 12145
MZhong@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.949.8200 (tel.)
702.949-8398 (fax)

*Attorneys for Plaintiff*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M LIFE, INC., a Nevada corporation; M'LIFE WELLNESS, LLC, a Nevada limited liability company; M'LIFE NEVADA, LLC, a Nevada limited liability company; DANIEL LUTZ, an individual; and DARVIN GOMEZ, an individual,<br><br>Defendants. | Case No.: 2:14-cv-01510-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Plaintiff MGM Resorts International ("Plaintiff" or "MGM"), on the one hand, and Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC, Daniel Lutz, and Darvin Gomez (together, the "Defendants"), on the other hand, state the following:

1. The Complaint was filed on September 17, 2014. (Doc. No. 1);

2. Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC were each served with the Summons and Complaint on September 19, 2014 (Doc Nos. 5, 6, & 7);

3. Defendant Darvin Gomez was served with the Summons and Complaint on

-1-

5104906_1

September 24, 2014;

4.  Defendant Daniel Lutz accepted service of the Summons and Complaint effective October 10, 2014 (Dkt. No. 9);

5.  To accommodate settlement discussions the parties agreed that the Defendants would each have until November 10, 2014 to answer or otherwise respond to the Complaint (Dkt. Nos. 9 & 10);

8.  Settlement discussions have been productive and the parties' counsel believe that they are close to finalizing a settlement of this case; and

9.  Therefore, good cause exists to extend the date for all Defendants to answer or otherwise respond to the Complaint from November 10, 2014 to November 24, 2014.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS ROCA ROTHGERBER LLP | HUTCHISON & STEFFEN |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Michael J. McCue<br>Jonathan W. Fountain<br>Meng Zhong<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Plaintiff*<br>*MGM Resorts International* | By: /s/ Erin L. Truman<br>Erin L. Truman<br>10080 W. Alta Drive<br>Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendants*<br>*M Life, Inc., M'Life Wellness, LLC,*<br>*M'Life Nevada, LLC, Daniel Lutz,*<br>*and Darvin Gomez* |

**IT IS SO ORDERED:**

_____
 UNITED STATES DISTRICT JUDGE

DATED: November 25, 2014

-2-

5104906_1