Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
Meng Zhong
Nevada Bar No. 12145
MZhong@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169-5996
702.949.8200 (tel.)
702.949-8398 (fax)

*Attorneys for Plaintiff*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M LIFE, INC., a Nevada corporation; M'LIFE WELLNESS, LLC, a Nevada limited liability company; M'LIFE NEVADA, LLC, a Nevada limited liability company; DANIEL LUTZ, an individual; and DARVIN GOMEZ, an individual,<br><br>Defendants. | Case No.:  2:14-cv-01510-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR ALL DEFENDANTS TO FILE AND SERVE THEIR JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(Fourth Request)** |

Plaintiff MGM Resorts International ("Plaintiff" or "MGM"), on the one hand, and Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC, Daniel Lutz, and Darvin Gomez (together, the "Defendants"), on the other hand, state the following:

1. The Complaint was filed on September 17, 2014.  (Doc. No. 1.)

2. Each of the Defendants was served with the Summons and Complaint or had accepted service of the Summons and Complaint by October 10, 2014.  (Doc. Nos. 5-7 & 9.)

3. Plaintiff filed a motion for preliminary injunction on October 15, 2014. (Doc. No. 12.)  The Defendants' opposition to the motion was due to be filed and served on November 3,

-1-

5236372_1

2014. *See* L.R. 7-2; Fed. R. Civ. P. 6(d).

4. To accommodate settlement discussions, Plaintiff and Defendants agreed to extend that date from November 3, 2014 to November 17, 2014 (Doc. 17), then agreed to extend that date from November 17, 2014 to December 8, 2014 (Doc. 20), and then from December 8, 2014 to December 29, 2014 (Doc. 25). The Court granted these requests. (Doc. Nos. 18, 23 and 26.)

5. Settlement discussions have been productive and the parties' counsel believe that they are close to finalizing a settlement of this case. A proposed settlement agreement has been drafted and is currently being reviewed by the parties and their counsel. However, due to the general press of business and the parties' and their counsel's holiday and vacation schedules, the parties require and respectfully request additional time to work through and finalize the details of the written settlement agreement.

6. Therefore, good cause exists to extend the date for all Defendants to file and serve their joint opposition to Plaintiff's motion for preliminary injunction from December 29, 2014, to January 19, 2015.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS ROCA ROTHGERBER LLP | HUTCHISON & STEFFEN |
|---|---|
| By: /s/ Jonathan W. Fountain | By: /s/ Erin L. Truman |
| Michael J. McCue | Erin L. Truman |
| Jonathan W. Fountain | 10080 W. Alta Drive |
| Meng Zhong | Suite 200 |
| 3993 Howard Hughes Parkway, Suite 600 | Las Vegas, NV 89145 |
| Las Vegas, NV 89169-5996 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *M Life, Inc., M'Life Wellness, LLC,* |
| *MGM Resorts International* | *M'Life Nevada, LLC, Daniel Lutz,* |
| | *and Darvin Gomez* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

-2-

5236372_1

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2014, I filed a copy of the foregoing document entitled, **STIPULATION AND ORDER TO EXTEND THE TIME FOR ALL DEFENDANTS TO FILE AND SERVE THEIR JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Fourth Request)**, with the Clerk of the Court via the Court's CM/ECF system, and served a true and accurate copy of the same via First Class U.S. Mail upon the following:

> Erin L. Truman
> HUTCHISON & STEFFEN
> 10080 W. Alta Drive, Suite 200
> Las Vegas, NV 89145
> etruman@hutchlegal.com
>
> *Attorneys for Defendants*
> *M Life, Inc., M'Life Wellness, LLC,*
> *M'Life Nevada, LLC, Daniel Lutz,*
> *and Darvin Gomez*

Dated: this 29th day of December, 2014.

/s/ Jonathan W. Fountain
An employee of Lewis Roca Rothgerber LLP