Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
Meng Zhong
Nevada Bar No. 12145
MZhong@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.949.8200 (tel.)
702.949-8398 (fax)

*Attorneys for Plaintiff*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M LIFE, INC., a Nevada corporation; M'LIFE WELLNESS, LLC, a Nevada limited liability company; M'LIFE NEVADA, LLC, a Nevada limited liability company; DANIEL LUTZ, an individual; and DARVIN GOMEZ, an individual,<br><br>Defendants. | Case No.: 2:14-cv-01510-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Fifth Request)** |

Plaintiff MGM Resorts International ("Plaintiff" or "MGM"), on the one hand, and Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC, Daniel Lutz, and Darvin Gomez (together, the "Defendants"), on the other hand, state the following:

1. The Complaint was filed on September 17, 2014. (Doc. No. 1);

2. Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC were each served with the Summons and Complaint on September 19, 2014 (Doc Nos. 5, 6, & 7);

3. Defendant Darvin Gomez was served with the Summons and Complaint on

-1-

5295298_1

September 24, 2014;

4. Defendant Daniel Lutz accepted service of the Summons and Complaint effective October 10, 2014 (Dkt. No. 9);

5. To accommodate settlement discussions, streamline the case, and conserve resources, the parties agreed that each of the Defendants would have until November 10, 2014, to file and serve their respective answer or other response to the Complaint (Dkt. No. 9.) (The "First Request"). The Court granted the request. (Dkt. No. 10.)

6. Again, to accommodate settlement discussions, streamline the case, and conserve resources, on November 10, 2014, the parties, agreed to extend the time for the Defendants to file and serve their answer or other response to the Complaint from November 10, 2014 to November 24, 2014. (Dkt. No. 19) (the "Second Request"). The Court granted the request (Dkt. No. 22.)

7. Again, to accommodate settlement discussions, streamline the case, and conserve resources, on November 24, 2014, the parties, agreed to extend the time for the Defendants to file and serve their answer or other response to the Complaint from November 24, 2014, to December 15, 2014. (Dkt. No. 21) (the "Third Request"). The Court granted the request (Dkt. No. 24.)

8. Again, to accommodate settlement discussions, streamline the case, and conserve resources, on December 15, 2014, the parties, agreed to extend the time for the Defendants to file and serve their answer or other response to the Complaint from December 15, 2014 to January 9, 2015. (Dkt. No. 27) (the "Fourth Request").

9. To date, however, the Court has not ruled on the Fourth Request. Not having received a ruling from the Court, Defendants' counsel did not calendar January 9, 2015, as the date for the Defendants to answer or otherwise respond to the Complaint. As a result of the calendaring error, Defendants did not file an answer or other response to the Complaint on January 9, 2015. The parties agree and stipulate that this calendaring error was inadvertent and constitutes excusable neglect.

10. The parties continue to be engaged in meaningful settlement discussions which will result in the dismissal of this action. Those discussions have resulted in an agreement in principal and a first draft of a written settlement agreement that the parties' counsel are working to finalize;

-2-

5295298_1

11. In light of the parties' ongoing efforts to draft, finalize, obtain approval of, and execute a final written settlement agreement, and, in-part, to accommodate the schedules of the parties and their counsel in light of the holidays, the parties request, and submit that good cause exists to extend the date for all Defendants to file and serve their respective answer or other response to the Complaint from January 9, 2015 to February 9, 2015.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS ROCA ROTHGERBER LLP | HUTCHISON & STEFFEN |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Michael J. McCue<br>Jonathan W. Fountain<br>Meng Zhong<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Plaintiff*<br>*MGM Resorts International* | By: /s/ Erin L. Truman<br>Erin L. Truman<br>10080 W. Alta Drive<br>Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendants*<br>*M Life, Inc., M'Life Wellness, LLC,*<br>*M'Life Nevada, LLC, Daniel Lutz,*<br>*and Darvin Gomez* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 22, 2015

5295298_1

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2015, I filed a copy of the foregoing document entitled, **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (Fifth Request)**, with the Clerk of the Court via the Court's CM/ECF system, and served a true and accurate copy of the same via First Class U.S. Mail upon the following:

>Erin L. Truman
>HUTCHISON & STEFFEN
>10080 W. Alta Drive, Suite 200
>Las Vegas, NV 89145
>etruman@hutchlegal.com
>
>*Attorneys for Defendants*
>*M Life, Inc., M'Life Wellness, LLC,*
>*M'Life Nevada, LLC, Daniel Lutz,*
>*and Darvin Gomez*

Dated: this 20th day of January, 2015.

>/s/  Jonathan W. Fountain
>An employee of Lewis Roca Rothgerber LLP

-4-

5295298_1