Erin Lee Truman
Nevada Bar No. 4668
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
(702) 385-2500 phone
(702) 385-2086 facsimile
etruman@hutchlegal.com

*Attorneys for Defendants
M Life, Inc., M'Life Wellness, LLC,
M'Life Nevada, LLC, Daniel Lutz,
and Darvin Gomez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>M LIFE, INC., a Nevada corporation; M'LIFE WELLNESS, LLC, a Nevada limited liability company; M'LIFE NEVADA, LLC, a Nevada limited liability company; DANIEL LUTZ, an individual, and DARVIN GOMEZ, an individual,<br><br>Defendants. | Case No.:  2:14-cv-01510-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR ALL DEFENDANTS TO FILE AND SERVE THEIR JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(Sixth Request)** |

Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC, Daniel Lutz, and Darvin Gomez (together, the "Defendants"), on the one hand, and Plaintiff MGM Resorts International ("Plaintiff" or "MGM"), on the other hand, state the following:

1. The Complaint was filed on September 17, 2014. (Doc. No. 1.)

2. Each of the Defendants was served with the Summons and Complaint or had accepted service of the Summons and Complaint by October 10, 2014. (Doc. No. 5-7 & 9.)

3. Plaintiff filed a motion for preliminary injunction on October 15, 2014. (Doc. No. 12.) The Defendants' opposition to the motion was due to be filed and served on November 3, 2014. *See* L.R. 7-2; Fed. R. Civ. P. 6(d).

4. To accommodate settlement discussions, Plaintiff and Defendants entered into

successive stipulations to extend that date: (a) from November 3, 2014 to November 17, 2014 (Doc. 17); (b) then from November 17, 2014 to December 8, 2014 (Doc. 20); (c) then from December 8, 2014 to December 29, 2014 (Doc. 25); (d) then from December 29, 2014 to January 19, 2015 (Doc. 29); and (e) then from January 19, 2015 to February 9, 2015 (Doc. 32). The Court granted these requests. (Docs. Nos. 18, 23, 26, 30 and 34.)

5. Settlement discussions have been productive and the parties' counsel believe that they are close to finalizing a settlement of this case. A proposed settlement agreement has been drafted. Defendants' counsel has proposed edits and Plaintiff's counsel has made a counterproposal that is currently under review. However, due to the general press of business, planned vacation and travel, and the parties' and their counsel's schedules, the parties require and respectfully request additional time to finalize the written settlement agreement.

6. Therefore, good cause exists to extend the date for all Defendants to file and serve their joint opposition to Plaintiff's motion for preliminary injunction from February 9, 2015 to March 9, 2015.

**IT IS SO AGREED AND STIPULATED:**

| HUTCHISON & STEFFEN, LLC | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| BY /s/ *Erin Lee Truman* | BY /s/ *Jonathan W. Fountain* |
| Erin Lee Truman | Michael J. McCue |
| Peccole Professional Park | Jonathan W. Fountain |
| 10080 West Alta Drive, Suite 200 | Meng Zhong |
| Las Vegas, NV 89145 | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, NV 89169-5996 |
| *Attorneys for Defendants* | |
| *M Life, Inc., M'Life Wellness, LLC,* | *Attorneys for Plaintiff* |
| *M'Life Nevada, LLC, Daniel Lutz,* | *MGM Resorts International* |
| *and Darvin Gomez* | |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:_____

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2015, I filed a copy of the foregoing document entitled **STIPULATION AND ORDER TO EXTEND THE TIME FOR ALL DEFENDANTS TO FILE AND SERVE THEIR JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Sixth Request)**, with the Clerk of the Court via the Court's CM/ECF system, and served a true and accurate copy of the same via First Class U.S. Mail upon the following:

Michael J. McCue, Esq.
Jonathan W. Fountain, Esq.
Meng Zhong, Esq.
LEWIS ROCA ROTHGERBER, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
**FAX (702) 949-8398**

*Attorneys for Plaintiff*
*MGM Resorts International*

/s/ *Noel Raleigh*
An employee of
HUTCHISON & STEFFEN, LLC