1   Erin Lee Truman
    Nevada Bar No. 4668
2   HUTCHISON & STEFFEN, LLC
    Peccole Professional Park
3   10080 West Alta Drive, Suite 200
    Las Vegas, Nevada  89145
4   (702) 385-2500 phone
    (702) 385-2086 facsimile
5   etruman@hutchlegal.com

6   *Attorneys for Defendants*
    *M Life, Inc., M'Life Wellness, LLC,*
7   *M'Life Nevada, LLC, Daniel Lutz,*
    *and Darvin Gomez*

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  MGM RESORTS INTERNATIONAL, a          Case No.:  2:14-cv-01510-JAD-CWH
    Delaware corporation,
11
                Plaintiff,
12
    v.                                    **STIPULATION AND ORDER TO**
13                                         **EXTEND THE TIME FOR ALL**
                                           **DEFENDANTS TO FILE AND SERVE**
14  M LIFE, INC., a Nevada corporation; M'LIFE   **THEIR JOINT OPPOSITION TO**
    WELLNESS, LLC, a Nevada limited liability    **PLAINTIFF'S MOTION FOR**
15  company; M'LIFE NEVADA, LLC, a Nevada   **PRELIMINARY INJUNCTION**
    limited liability company; DANIEL LUTZ, an
16  individual, and DARVIN GOMEZ, an        **(Sixth Request)**
    individual,
17
                Defendants.
18

19

20      Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC, Daniel Lutz, and

21  Darvin Gomez (together, the "Defendants"), on the one hand, and Plaintiff MGM Resorts

22  International ("Plaintiff" or "MGM"), on the other hand, state the following:

23      1.      The Complaint was filed on September 17, 2014. (Doc. No. 1.)

24      2.      Each of the Defendants was served with the Summons and Complaint or had

25  accepted service of the Summons and Complaint by October 10, 2014. (Doc. No. 5-7 & 9.)

26      3.      Plaintiff filed a motion for preliminary injunction on October 15, 2014. (Doc.

27  No. 12.) The Defendants' opposition to the motion was due to be filed and served on November

28  3, 2014. *See* L.R. 7-2; Fed. R. Civ. P. 6(d).

        4.      To accommodate settlement discussions, Plaintiff and Defendants entered into

1    successive stipulations to extend that date: (a) from November 3, 2014 to November 17, 2014

2    (Doc. 17); (b) then from November 17, 2014 to December 8, 2014 (Doc. 20); (c) then from

3    December 8, 2014 to December 29, 2014 (Doc. 25); (d) then from December 29, 2014 to

4    January 19, 2015 (Doc. 29); and (e) then from January 19, 2015 to February 9, 2015 (Doc. 32).

5    The Court granted these requests. (Docs. Nos. 18, 23, 26, 30 and 34.)

6          5.        Settlement discussions have been productive and the parties' counsel believe

7    that they are close to finalizing a settlement of this case. A proposed settlement agreement has

8    been drafted. Defendants' counsel has proposed edits and Plaintiff's counsel has made a

9    counterproposal that is currently under review.  However, due to the general press of business,

10   planned vacation and travel, and the parties' and their counsel's schedules, the parties require

11   and respectfully request additional time to finalize the written settlement agreement.

12         6.        Therefore, good cause exists to extend the date for all Defendants to file and

13   serve their joint opposition to Plaintiff's motion for preliminary injunction from February 9,

14   2015 to March 9, 2015.

15            **IT IS SO AGREED AND STIPULATED:**

16   HUTCHISON & STEFFEN, LLC          LEWIS ROCA ROTHGERBER LLP

17

18   BY /s/ *Erin Lee Truman*              BY /s/ *Jonathan W. Fountain*
     Erin Lee Truman                      Michael J. McCue
     Peccole Professional Park            Jonathan W. Fountain
19   10080 West Alta Drive, Suite 200     Meng Zhong
     Las Vegas, NV 89145                  3993 Howard Hughes Parkway, Suite 600
20                                        Las Vegas, NV 89169-5996

     *Attorneys for Defendants*
21   *M Life, Inc., M'Life Wellness, LLC,*   *Attorneys for Plaintiff*
     *M'Life Nevada, LLC, Daniel Lutz,*      *MGM Resorts International*
22   *and Darvin Gomez*

23
                        **IT IS SO ORDERED:**
24

25
     _____
26   UNITED STATES DISTRICT JUDGE

27   DATED:_____February 18, 2015_____

28

- 2 -