Erin Lee Truman
Nevada Bar No. 4668
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
(702) 385-2500 phone
(702) 385-2086 facsimile
etruman@hutchlegal.com

*Attorneys for Defendants*
*M Life, Inc., M'Life Wellness, LLC,*
*M'Life Nevada, LLC, Daniel Lutz,*
*and Darvin Gomez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>M LIFE, INC., a Nevada corporation; M'LIFE WELLNESS, LLC, a Nevada limited liability company; M'LIFE NEVADA, LLC, a Nevada limited liability company; DANIEL LUTZ, an individual, and DARVIN GOMEZ, an individual,<br><br>Defendants. | Case No.: 2:14-cv-01510-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Seventh Request)** |

Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC, Daniel Lutz, and Darvin Gomez (together, the "Defendants"), on the one hand, and Plaintiff MGM Resorts International ("Plaintiff" or "MGM"), on the other hand, state the following:

1. The Complaint was filed on September 17, 2014. (Doc. No. 1.)

2. Defendants M Life, Inc., M'Life Wellness, LLC; M'Life Nevada, LLC; were each served with the Summons and Complaint on September 19, 2014. (Doc. Nos. 5, 6, & 7.)

3. Defendant Darvin Gomez was served with the Summons and Complaint on September 24, 2014.

4. Defendant Daniel Lutz accepted service of the Summons and Complaint effective October10, 2014. (Doc. No. 9.)

1      5.    To accommodate settlement discussions, streamline the case, and conserve resources, the parties agreed that each of the Defendants would have until November 10, 2014, to file and serve their respective answer or other response to the Complaint (Doc. No. 9) (The "First Request"). The Court granted the request. (Doc. No. 10.)

     6.    Again, to accommodate settlement discussions, streamline the case, and conserve resources, on November 10, 2014, the parties, agreed to extend the time for the Defendants to file and serve their answer or other response to the Complaint from November 10, 2014 to November 24, 2014. (Doc. No. 19) (the "Second Request"). The Court granted the request. (Doc. No. 22.)

     7.    Again, to accommodate settlement discussions, streamline the case, and conserve resources, on November 24, 2014, the parties, agreed to extend the time for the Defendants to file and serve their answer or other response to the Complaint from November 24, 2014 to December 15, 2014. (Doc. No. 21) (the "Third Request"). The Court granted the request. (Doc. No. 24.)

     8.    Again, to accommodate settlement discussions, streamline the case, and conserve resources, on December 15, 2014, the parties, agreed to extend the time for the Defendants to file and serve their answer or other response to the Complaint from December 15, 2014 to January 9, 2015. (Doc. No. 27) (the "Fourth Request"). The Court granted the request. (Doc. No. 22.)

     9.    Again, to accommodate settlement discussions, streamline the case, and conserve resources, on January 9, 2015, the parties, agreed to extend the time for the Defendants to file and serve their answer or other response to the Complaint from January 9, 2015 to February 9, 2015. (Doc. No. 31) (the "Fifth Request"). The Court granted the request (Doc. No. 33.)

     10.    Again, to accommodate settlement discussions, streamline the case, and conserve resources, on February 9, 2015, the parties, agreed to extend the time for the Defendants to file and serve their answer or other response to the Complaint from February 9, 2015 to March 9, 2015. (Doc. No. 37) (the "Sixth Request"). The Court granted the request (Doc. No. 38.)

     11.    The parties have engaged in meaningful settlement discussions which will result in the dismissal of this action. Those discussions have resulted in an agreement in principal and multiple drafts of a written settlement agreement that the parties' counsel are working to finalize.

     12.    In light of the parties' ongoing efforts to draft, finalize, obtain approval of, and

- 2 -

execute a final written settlement agreement, and, in-part, to accommodate the schedules of the parties and their counsel in light of the press of business, the parties request, and submit that good cause exists to extend the date for all Defendants to file and serve their respective answer or other response to the Complaint from March 9, 2015 to March 20, 2015.

**IT IS SO AGREED AND STIPULATED:**

| HUTCHISON & STEFFEN, LLC | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| BY /s/ *Erin Lee Truman*<br>Erin Lee Truman<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145 | BY /s/ *Jonathan W. Fountain*<br>Michael J. McCue<br>Jonathan W. Fountain<br>Meng Zhong<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996 |
| *Attorneys for Defendants*<br>M Life, Inc., M'Life Wellness, LLC,<br>M'Life Nevada, LLC, Daniel Lutz,<br>and Darvin Gomez | *Attorneys for Plaintiff*<br>MGM Resorts International |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015, I filed a copy of the foregoing document entitled **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (Seventh Request)**, with the Clerk of the Court via the Court's CM/ECF system, and served a true and accurate copy of the same via First Class U.S. Mail upon the following:

Michael J. McCue, Esq.
Jonathan W. Fountain, Esq.
Meng Zhong, Esq.
LEWIS ROCA ROTHGERBER, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
**FAX (702) 949-8398**

*Attorneys for Plaintiff*
*MGM Resorts International*

/s/ *Cindy Pittsenbarger*
An employee of
HUTCHISON & STEFFEN, LLC

- 4 -