Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
Meng Zhong
Nevada Bar No. 12145
MZhong@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.949.8200 (tel.)
702.949-8398 (fax)

*Attorneys for Plaintiff*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M LIFE, INC., a Nevada corporation; M'LIFE WELLNESS, LLC, a Nevada limited liability company; M'LIFE NEVADA, LLC, a Nevada limited liability company; DANIEL LUTZ, an individual; and DARVIN GOMEZ, an individual,<br><br>Defendants. | Case No.: 2:14-cv-01510-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS AWARDED TO ANY PARTY** |

-1-

5295358_1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MGM Resorts International ("Plaintiff" or "MGM"), on the one hand, and Defendants M Life, Inc., M'Life Wellness, LLC, M'Life Nevada, LLC, Daniel Lutz, and Darvin Gomez (collectively, the "Defendants"), on the other hand, having settled their dispute, hereby agree and stipulate to dismiss this civil action in its entirety, with prejudice, and without attorneys' fees or costs awarded to any party.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS ROCA ROTHGERBER LLP | HUTCHISON & STEFFEN |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Michael J. McCue<br>Jonathan W. Fountain<br>Meng Zhong<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Plaintiff*<br>*MGM Resorts International* | By: /s/ Erin L. Truman<br>Erin L. Truman<br>10080 W. Alta Drive<br>Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendants*<br>*M Life, Inc., M'Life Wellness, LLC,*<br>*M'Life Nevada, LLC, Daniel Lutz,*<br>*and Darvin Gomez* |

## **ORDER**

Based on the parties stipulation [43], IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions are DENIED as moot, and the Clerk of Court is instructed to close this case.

Dated: March 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

5295358_1